UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
HENRY TUCKER, *and on behalf of himself and all other* :
*persons similarly situated*, :
:
                Plaintiff, :     20-CV-10393 (JPC)
:
     -v- :     <u>ORDER</u>
:
FEEDERS SUPPLY COMPANY, LLC, :
:
                Defendant. :
:
-------------------------------------------------------------------- :
                                                           X

JOHN P. CRONAN, United States District Judge:

      Plaintiff filed the Complaint in this action on December 9, 2020. (Dkt. 1.) Plaintiff is ordered to file proof of service by April 1, 2021. If Plaintiff fails to file proof of service by that date, the Court may dismiss this suit for failure to prosecute without further notice.

      SO ORDERED.

Dated: March 25, 2021
       New York, New York
                                                       JOHN P. CRONAN
                                            United States District Judge